| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>**Nivea Baptista Strong**<br>**Dustin Andrew Strong**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  06/24/2025    Nivea Baptista Strong                              /s/ Nivea B. Strong
                     Printed name of Debtor 1                            Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                        F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. [✓] I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

[ ] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

[✓] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  06/24/2025      Dustin Andrew Strong                             D. [signature]
                       Printed name of Debtor 2                         Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 2                          F 1002-1.EMP.INCOME.DEC

## Recibo de Vencimentos (ORIGINAL)

| Circularfocus, Lda | | N°: 1 |
| --- | --- | --- |
| Travessa dos Moinhos, nº 9, BARRIL | | Data: 31/07/2025 |
| 2640-259  ENCARNAÇÃO | | |
| NIF: 514625767 | | |

**Funcionário:** 00002  Nivea Baptista Strong

| Nº Contribuinte | Nº Beneficiário | Categoria |
| --- | --- | --- |
| 320993558 | 12176378103 | Sócio Gerente |

| Vencimento | Diuturnidades | Salário Hora | Dias do Mês |
| --- | --- | --- | --- |
| 522,50 | 0,00 | 6,03 | 31 |

| Seguradora | Apólice Nº. |
| --- | --- |

| Código | Descrição do Movimento | Abonos / Horas | Descontos / Faltas |
| --- | --- | --- | --- |
| AB0001 | VENCIMENTO BASE | 522,50 | |
| DO0001 | I.R.S. (Tx.Efet. 0,00% s/ 522,50) | | |
| DO0002 | SEGURANÇA SOCIAL (11,00%) | | 57,48 |
| | | 522,50 | 57,48 |

| Abonos | Horas | Descontos | Faltas | Total Pago |
| --- | --- | --- | --- | --- |
| 522,50 | 0,00 | 57,48 | 0,00 | **465,02** |

DECLARO QUE RECEBI A QUANTIA CONSTANTE DESTE RECIBO

Assinatura _____

GESTWARE - Software de Gestão

## Recibo de Vencimentos (DUPLICADO)

| Circularfocus, Lda | | N°: 1 |
| --- | --- | --- |
| Travessa dos Moinhos, nº 9, BARRIL | | Data: 31/07/2025 |
| 2640-259  ENCARNAÇÃO | | |
| NIF: 514625767 | | |

**Funcionário:** 00002  Nivea Baptista Strong

| Nº Contribuinte | Nº Beneficiário | Categoria |
| --- | --- | --- |
| 320993558 | 12176378103 | Sócio Gerente |

| Vencimento | Diuturnidades | Salário Hora | Dias do Mês |
| --- | --- | --- | --- |
| 522,50 | 0,00 | 6,03 | 31 |

| Seguradora | Apólice Nº. |
| --- | --- |

| Código | Descrição do Movimento | Abonos / Horas | Descontos / Faltas |
| --- | --- | --- | --- |
| AB0001 | VENCIMENTO BASE | 522,50 | |
| DO0001 | I.R.S. (Tx.Efet. 0,00% s/ 522,50) | | |
| DO0002 | SEGURANÇA SOCIAL (11,00%) | | 57,48 |
| | | 522,50 | 57,48 |

| Abonos | Horas | Descontos | Faltas | Total Pago |
| --- | --- | --- | --- | --- |
| 522,50 | 0,00 | 57,48 | 0,00 | **465,02** |

DECLARO QUE RECEBI A QUANTIA CONSTANTE DESTE RECIBO

Assinatura _____

GESTWARE - Software de Gestão

## Recibo de Vencimentos

| Nº | 1 |
|---|---|
| Data | 30/06/2025 |

**Circularfocus, Lda**
Travessa dos Moinhos, nº 9, BARRIL
2640-259  ENCARNAÇÃO
NIF: 514625767

**Funcionário**
00002  Nivea Baptista Strong

| Nº Contribuinte | Nº Beneficiário | Categoria |
|---|---|---|
| 320993558 | 12176378103 | Sócio Gerente |

| Vencimento | Diuturnidades | Salário Hora | Dias do Mês |
|---|---|---|---|
| 522,50 | 0,00 | 6,03 | 30 |

| Seguradora | Apólice Nº. |
|---|---|

| Código | Descrição do Movimento | Abonos / Horas | Descontos / Faltas |
|---|---|---|---|
| AB0001 | VENCIMENTO BASE | 522,50 | |
| DO0001 | I.R.S. (Tx.Efet. 0,00% s/ 522,50) | | |
| DO0002 | SEGURANÇA SOCIAL (11,00%) | | 57,48 |
| | | 522,50 | 57,48 |

**ORIGINAL**

| Abonos | Horas | Descontos | Faltas | Total Pago |
|---|---|---|---|---|
| 522,50 | 0,00 | 57,48 | 0,00 | **465,02** |

DECLARO QUE RECEBI A QUANTIA CONSTANTE DESTE RECIBO

Assinatura _____

GESTWARE - Software de Gestão

## Recibo de Vencimentos

| Nº | 1 |
|---|---|
| Data | 30/06/2025 |

**Circularfocus, Lda**
Travessa dos Moinhos, nº 9, BARRIL
2640-259  ENCARNAÇÃO
NIF: 514625767

**Funcionário**
00002  Nivea Baptista Strong

| Nº Contribuinte | Nº Beneficiário | Categoria |
|---|---|---|
| 320993558 | 12176378103 | Sócio Gerente |

| Vencimento | Diuturnidades | Salário Hora | Dias do Mês |
|---|---|---|---|
| 522,50 | 0,00 | 6,03 | 30 |

| Seguradora | Apólice Nº. |
|---|---|

| Código | Descrição do Movimento | Abonos / Horas | Descontos / Faltas |
|---|---|---|---|
| AB0001 | VENCIMENTO BASE | 522,50 | |
| DO0001 | I.R.S. (Tx.Efet. 0,00% s/ 522,50) | | |
| DO0002 | SEGURANÇA SOCIAL (11,00%) | | 57,48 |
| | | 522,50 | 57,48 |

**DUPLICADO**

| Abonos | Horas | Descontos | Faltas | Total Pago |
|---|---|---|---|---|
| 522,50 | 0,00 | 57,48 | 0,00 | **465,02** |

DECLARO QUE RECEBI A QUANTIA CONSTANTE DESTE RECIBO

Assinatura _____

GESTWARE - Software de Gestão