Certificate Number: 14912-CAC-DE-040127891

Bankruptcy Case Number: 25-12201



14912-CAC-DE-040127891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2025</u>, at <u>6:10</u> o'clock <u>AM EDT</u>, <u>Nivea Strong</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  September 25, 2025            By:   /s/Jai Bhatt

                                                          Name: Jai Bhatt

                                                          Title: Counselor