Certificate Number: 14912-CAC-DE-040127892

Bankruptcy Case Number: 25-12201



14912-CAC-DE-040127892

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 25, 2025</u>, at <u>6:10</u> o'clock <u>AM EDT</u>, <u>Dustin Strong</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   September 25, 2025            By:   /s/Jai Bhatt

                                      Name: Jai Bhatt

                                      Title: Counselor